IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETWORK CONGESTION SOLUTIONS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 14-896-SLR |
| | ) |
| ATLANTIC BROADBAND GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Network Congestion Solutions LLC and Defendant Atlantic Broadband Group, LLC hereby stipulate to the dismissal of this action. All claims for relief asserted against Atlantic Broadband, LLC by Network Congestion LLC herein are dismissed WITH PREJUDICE. Each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| DEVLIN LAW FIRM LLC | ASHBY & GEDDES |
| | |
| */s/ Timothy Devlin* | */s/ Lauren E. Maguire* |
| _____ | _____ |
| Timothy Devlin (#4241) | Steven J. Balick (#2114) |
| 1220 N. Market Street, Suite 850 | Lauren E. Maguire (#4261) |
| Wilmington, DE 19801 | Andrew C. Mayo (#5207) |
| (302) 449-9010 | 500 Delaware Avenue, 8th Floor |
| tdevlin@devlinlawfirm.com | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 654-1888 |
| | sbalick@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendant* |

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Joseph P. Oldaker | Mitchell D. Lukin |
| Timothy E. Grochocinski | Baker Botts LLP |
| Nelson Bumgardner PC | One Shell Plaza |
| 15020 S. Ravinia Avenue Suite 29 | 910 Louisiana Street |
| Orland Park, Illinois | Houston TX 77002-4995 |
| (708) 675-1975 | (713 229-1234 |

Dated: January 8, 2016

        SO ORDERED, this _____ day of _____, 2016.

                                                _____
                                                United States District Judge